448 F.2d 652
 SECURITIES AND EXCHANGE COMMISSION, Plaintiff-Appellee,
v.
NATIONAL BANKERS LIFE INSURANCE COMPANY et al., Defendants,
David Hoover et al., Defendants-Appellants.
 No. 71-1962 Summary Calendar.**
 United States Court of Appeals
Fifth Circuit.
 Sept. 24, 1971.
 
 Appeals from the United States District Court for the Northern District of Texas, 324 F.Supp. 189; Sarah Tilghman Hughes, District Judge.
 Robert M. Jones, Robert M. Cady, Dallas, Tex., for defendants-appellants.
 Gerald E. Boltz (S. E. C., Fort Worth, Tex., Walter P. North, Associate Gen. Counsel, Securities & Exchange Comm., Jacob H. Stillman, Asst. Gen. Counsel, S. E. C., Washington, D. C., Robert F. Watson, Asst. Regional Administrator, S. E. C., Fort Worth, Tex., Philip A. Loomis, Jr., Gen. Counsel, Alan Blank, Atty., S. E. C., Washington, D. C., for plaintiff-appellee.
 Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 **
 See Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966